**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01525-MSK-CBS

MARK WILSON, an individual, and
WILSON LAW LTD, a Colorado limited liability company,

    Plaintiffs,

v.

ADVISORLAW, LLC, a Colorado limited liability company,
DOCHTOR DANIEL KENNEDY, an individual, and
STACY SANTMYER, an individual,

    Defendants.

---

### [proposed] ORDER FOR WITHDRAWAL AS COUNSEL FOR DEFENDANTS

---

    THIS COURT having been advised in Defendants Counsel Bickford Law, LLC's Motion to Withdraw as Counsel;

    Hereby ORDERS that Gregory Creer is withdrawn as counsel of record for Defendants. Pursuant to the Entry of Appearances for Defendants (Doc Nos. 34 – 37); all communication with Defendants should be directed to their new counsel of record:

    Kevin D. Allen
    James S. Helfrich
    Jordan Factor
    Jennifer E. Schlatter
    Allen Vellone Wolf Helfrich & Factor, P.C.
    1600 Stout Street, Suite 1100
    Denver, CO 80202
    Phone: 303-534-4499

BY THE COURT

_____
U.S. District Court Magistrate Judge