

October 25, 2018

*JENNIFER E. SCHLATTER*
jschlatter@allen-vellone.com

**SERVED VIA ECF/CM FILING SYSTEM**

Clerk of Court
US District Court for the District of Colorado
901 19th St.
Room A-105
Denver, CO 80294

Re:   Mark Wilson, et al. v. AdvisorLaw, LLC, et al., Civil Action No. 17-cv-01525-MSK.

### *HEARING ON BILL OF COSTS*

Dear Sir:

Filed herewith is Defendants AdvisorLaw, LLC's and Dochtor Kennedy's Bill of Costs in conjunction with the above-referenced action. In accordance with the procedures for the hearing on taxation of costs, counsel for Plaintiffs and Defendants wish to appear telephonically at the hearing on Thursday, November 1, 2018 at 9:30 a.m., which date is requested in the form Bill of Costs. The attorneys who will be representing the parties at the hearing, along with their contact information, are as follows:

On behalf of Plaintiffs: Alexandra Tracy-Ramirez with the law firm HopkinsWay, PLLC. Main office telephone number is (602) 714-7172 and direct telephone number is (520) 743-0706.

On behalf of Defendants: Jennifer E. Schlatter with the law firm Allen Vellone Wolf Helfrich & Factor, P.C. Main office telephone number is (303) 534-4499 and direct telephone number is (720) 245-2424.

Very truly yours,

Allen Vellone Wolf Helfrich & Factor P.C.

*[signature]*

Jennifer E. Schlatter

October 25, 2018
Page 2

Attachment

*** **NOTE: IT IS YOUR RESPONSIBILITY TO SET THE TIME (ANY TUESDAY, WEDNESDAY, OR THURSDAY AT 8:30, 9:00 OR 9:30 A.M.) FOR APPEARANCE BEFORE THE CLERK FOR TAXATION.**

AO 133(Rev. 12/09) Bill of Costs
USDC Colo. Version – (Further Rev. (12/01/2013)

# BILL OF COSTS

| United States District Court | DISTRICT | DISTRICT OF COLORADO |
|---|---|---|
| MARK WILSON and WILSON LAW, LTD.<br>v.<br>ADVISORLAW, LLC, et al. | DOCKET NO.<br>MAGISTRATE CASE NO. | 17-CV-1525-MSK |

Judgment having been entered in the above entitled action on _____
against _____ the clerk is requested to tax the following as costs:

## BILL OF COSTS

| | |
|---|---|
| Fees of the clerk | $ |
| Fees for service of summons and complaint | $ |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | $ |
| Fees and disbursements for printing | $ |
| Fees for witnesses (itemized on reverse side) | $ |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | $ |
| Docket fees under 28 U.S.C. § 1923 | $ |
| Costs incident to taking of depositions  **See Attachment A** | $ 4,329.20 |
| Costs as shown on Mandate of Court of Appeals | $ |
| Other costs (Please itemize) | $ |

**Please review and comply with D.C.COLO.LCivR .54.1**

(See Notice section on reverse side)

TOTAL $ **4,329.20**

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy hereof was this day mailed with postage fully prepaid thereon to:

Signature of Attorney _/s/ [signature]_

Print Name: **Jennifer B. Schlatter**   Phone Number: (303) 534-4499

For: **Defendants AdvisorLaw, LLC and Dochtor Kennedy**   Date: 10/25/2018
Name of Claiming Party

---

Please take notice that I will appear before the Clerk who will tax said costs on the following day and time: **Parties wish to appear telephonically**

Date and Time: **November 1, 2018 9:30 a.m., telephonically**

Costs are hereby taxed in the following amount and included in the judgment:

Amount Taxed $

(BY) DEPUTY CLERK

CLERK OF COURT
JEFFREY P. COLWELL

DATE:

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 17-cv-01525-MSK

MARK WILSON, an individual, and WILSON LAW LTD, a Colorado limited liability company,

    Plaintiffs,

v.

ADVISORLAW LLC, a Colorado limited liability company, DOCHTOR DANIEL KENNEDY, an individual, and STACY SANTMYER, an individual,

    Defendants.

---

**ATTACHMENT A TO BILL OF COSTS**

---

    1.    On October 11, 2018, the Court entered its Final Judgment in favor of Defendants AdvisorLaw, LLC and Docthor Kennedy on Plaintiffs' Lanham Act Claim [Dkt. # 75]. The Court further ordered that costs are awarded to Defendants in accordance with Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1. (*Id.*)

    2.    Defendants seek the amount of $4,329.20, which costs were incident to the taking of depositions. Defendants seek taxation for transcription costs associated with depositions that were utilized by the parties and the Court in conjunction with Plaintiffs' Motion for Summary Judgment [Dkt. # 62], the Defendants' response [Dkt. #70], and Plaintiffs' reply [Dkt. #74]; and Defendants' Motion for Summary Judgment [Dkt. # 63], Plaintiffs' response [Dkt. #71], and Defendants' reply [Dkt. #73].

    3.    Included herewith are copies of invoices from the court reporters for such transcription costs. The total amount for the invoices is $4,798.70.

1

4.	Prior to the filing of the within Bill of Costs, counsel for the parties conferred regarding the costs sought by Defendants. As a result of the conferral, Defendants agreed to the removal of costs associated with expedited copies of the transcripts as follows: Invoice No. 215808 in the amount of $213.50 and Invoice No. 21581 in the amount of $256.00.[1]  The parties were unable to resolve the remaining disputes. *See* email exchange between Ms. Tracy-Ramirez and Ms. Schlatter attached hereto as **Exhibit 1**.

5.	Defendants seek a total of $4,329.20 in costs.

---

[1] Defendants agreed to the removal of the costs because the expedited costs were not necessary for an impending deadline which would have necessitated such expedition. *See, e.g., Tomlinson v. El Paso Corp.,* 04-CV-02686-WDM-MEH, 2011 WL 2297661, at *2 (D. Colo. June 9, 2011), and *Fitchett v. Stroehman Bakeries, Inc.*, 1996 WL 47977, at *5 (E.D.Pa.1996).

# Jennifer E. Schlatter

| | |
|---|---|
| **From:** | Jennifer E. Schlatter |
| **Sent:** | Wednesday, October 24, 2018 2:22 PM |
| **To:** | 'Alexandra Tracy-Ramirez' |
| **Cc:** | Ed Hopkins; Jim Helfrich; Jordan Factor; Administrator HopkinsWay |
| **Subject:** | RE: Wilson v. AdvisorLaw - Bill of Costs |

Alexandra:

We have reviewed your objections and will agree to remove the costs for the expedited transcripts and the PACER costs (for a total of $616.90).  Therefore, we will seek a total of $4,329.2.  With regard to the "Additional Hours," the invoice identifies:  1 hour for set up and 1 hour of videotaping then 2.5 additional hours.  I contacted Stevens Koenig and am informed that the first charge is for setup and the first hour of videotaping and then there is an hourly charge after that.  In other words, after the first hour of set-up and videotaping at a cost of $290.00, there was an additional 2.5 hours of video deposition at a cost of $237.50 (the deposition was a little over 3 hours long).  Therefore, we will not agree to removal of that charge.  If you have additional questions regarding the charges, you should contact Stevens Koenig.  We will not agree to the removal of the remaining items on your list.

If you maintain your other objections, please let me know your availability over the next couple weeks (any Tuesday, Wednesday or Thursday at 8:30, 9:00 or 9:30) for the hearing in front of the Clerk so that I may put the date and time in the Bill of Costs.

Contact me if you wish to discuss further.  Thank you.

Very truly,

**Jennifer E. Schlatter**
Attorney At Law
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

jschlatter@allen-vellone.com
www.allen-vellone.com

(720) 245-2424 | Direct
(303) 534-4499 | Main
(303) 893-8332 | Fax

The contents of this electronic mail (email), including attachments, are confidential and/or privileged and may not be disseminated without permission.  Please notify the sender immediately if this email is received in error.  PLEASE NOTE:  Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party.  Allen Vellone Wolf Helfrich & Factor P.C. is sending an email as a result of your consent.  If you no longer wish for communications to be sent in this manner, please notify Allen Vellone Wolf Helfrich & Factor P.C.  or me immediately.  IRS CIRCULAR 230 DISCLOSURE:  Pursuant to requirements imposed by the Internal Revenue Service, any tax advice contained in this communication, including any attachments, is not intended to be used, and cannot be used, for purposes of avoiding penalties imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another person any tax-related matter.  Contact Allen Vellone Wolf Helfrich & Factor P.C. for formal written advice on this matter.

# EXHIBIT 1

**From:** Alexandra Tracy-Ramirez <atracyramirez@hopkinsway.com>
**Sent:** Wednesday, October 24, 2018 12:44 PM
**To:** Jennifer E. Schlatter <JSchlatter@allen-vellone.com>
**Cc:** Ed Hopkins <ehopkins@hopkinsway.com>; Jim Helfrich <JHelfrich@allen-vellone.com>; Jordan Factor <JFactor@allen-vellone.com>; Administrator HopkinsWay <admin@hopkinsway.com>
**Subject:** Re: Wilson v. AdvisorLaw - Bill of Costs

Hi everyone,

We reviewed the proposed bill of costs you intend to submit in light of Judge Krieger's order awarding costs to the Defendants. We disagree with the Court's decision to award costs because the Defendant prevailed only on the federal claim; there was no judgment or motion for judgment on the Plaintiffs' defamation claims; and the Court did not decide the merits of the other state claims but instead declined to exercise supplemental jurisdiction. All that said, we agree that many of the costs listed in the draft bill are allowable and reasonable.

We do have objections or questions about others, though, and the disputed costs fall into two groups.

The first category is costs that are possibly reasonable but we don't have enough information to know. Those costs are:

**Invoice 215808**

- 4 day expedited copy of transcript $213.50

**Invoice 215864**

- "Additional Hours" unspecified $237.50

**Invoice 215810**

- 3 day expedited transcript $256.00

**Unspecified PACER**

- $147.40

Please either remove these costs from the bill or provide more information on why expedited transcripts were necessary, what services were provided through "additional hours" or how those hours were necessary, and to the extent you can, information on what the PACER charges relate to.

The rest of the disputed costs are costs we do not believe are allowable in this matter either because they aren't permitted costs under any relevant sections of the U.S. Code or because the expense isn't reasonable or necessary.

Those costs are ones associated with convenience services provided by the reporting staff such as redaction services, pdf/document conversion services, "litigation support" services, and creating notebooks. They are:

**Invoice 215687**

- Redaction  $150.00
- OCR of Scans $.35
- Binding/Prepping Copy  $.55

2

**Invoice 215501**

- Copying and Binding $2.25
- OCR of Scans $3.15

**Invoice 215339**

- Litigation Support Conversion/Hyperlinking $47.50
- OCR Scans $22.40

**Invoice 215864**

- Redaction $150.00
- OCR Scans $71.40
- Litigation Support/Hyperlinking $47.50
- Binding/Prep Notebook $22.50
- Binding/Prep Notebook $62.70

If both groups of costs are removed from the totals requested, the Plaintiffs will stipulate to the remaining costs. Otherwise, we can continue to discuss the disputes if that would be productive or let the clerk know some costs are disputed after we agree on hearing dates.

Thank you,


**Alexandra Tracy-Ramirez**

Attorney & Counselor at Law
*Title IX*
 | *Defamation* | *Privacy*
atracyramirez@hopkinsway.com
 |
hopkinsway.com

**15 Reasons to Call Us**

HopkinsWay PLLC (Phoenix Office)
4600 E Washington St, Ste 300
Phoenix AZ 85034
(602) 714-7172 tel
(602) 714-7173 fax

NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential. If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments. Thank you.


On Tue, Oct 23, 2018 at 3:42 PM Jennifer E. Schlatter <JSchlatter@allen-vellone.com> wrote:

> Thank you. And I also misspoke regarding the procedure for a hearing. If you do have objections, then after filing the Bill of Costs, counsel chooses a date that we wish to schedule the hearing with the Clerk. We choose any Tuesday, Wednesday or Thursday at 8:30, 9:00 or 9:30 that works on our calendars. And if the date we choose does not work for the Clerk, then they contact us for a new date/time.

Very truly,

*Jennifer E. Schlatter*
Attorney At Law
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

jschlatter@allen-vellone.com
www.allen-vellone.com

(720) 245-2424 | Direct

(303) 534-4499 | Main
(303) 893-8332 | Fax


The contents of this electronic mail (email), including attachments, are confidential and/or privileged and may not be disseminated without permission.  Please notify the sender immediately if this email is received in error.  PLEASE NOTE:  Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party.  Allen Vellone Wolf Helfrich & Factor P.C. is sending an email as a result of your consent.  If you no longer wish for communications to be sent in this manner, please notify Allen Vellone Wolf Helfrich & Factor P.C.  or me immediately.  IRS CIRCULAR 230 DISCLOSURE:  Pursuant to requirements imposed by the Internal Revenue Service, any tax advice contained in this communication, including any attachments, is not intended to be used, and cannot be used, for purposes of avoiding penalties imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another person any tax-related matter.  Contact Allen Vellone Wolf Helfrich & Factor P.C. for formal written advice on this matter.


**From:** Ed Hopkins <ehopkins@hopkinsway.com>
**Sent:** Tuesday, October 23, 2018 4:39 PM
**To:** Jennifer E. Schlatter <JSchlatter@allen-vellone.com>
**Cc:** Jim Helfrich <JHelfrich@allen-vellone.com>; Jordan Factor <JFactor@allen-vellone.com>; Administrator HopkinsWay <admin@hopkinsway.com>; Alexandra Tracy-Ramirez <atracyramirez@hopkinsway.com>
**Subject:** Re: Wilson v. AdvisorLaw - Bill of Costs


Jennifer, Jim, and Jordan:


I will let you know my clients' position tomorrow.


Best regards,

**Edward C. Hopkins Jr.**

Attorney & Counselor at Law

FIP, CIPM, CIPT, CIPP/US, CIPP/G, CIPP/C, CIPP/E, CIPP/A

ehopkins@hopkinsway.com | hopkinsway.com

**15 Reasons to Call Us**

HopkinsWay PLLC (Denver Office)
7900 E Union Ave, Ste 1100
Denver CO 80237
(720) 262-5545 tel
(720) 262-5546 fax

HopkinsWay PLLC (Phoenix Office)
4600 E Washington St, Ste 300
Phoenix AZ 85034
(602) 714-7172 tel
(602) 714-7173 fax

NOTICE: this email may be between attorney and client, and, as such, is intended to be private, privileged and confidential. If you have received this transmission in error, please reply that you have received it mistakenly, and destroy the original email and any attachments. Thank you.

On Mon, Oct 22, 2018 at 2:45 PM Jennifer E. Schlatter <JSchlatter@allen-vellone.com> wrote:

> Ed:
>
> Attached hereto is the Bill of Costs we intend to submit with the Clerk of Court.   With regard to the costs associated with the taking of depositions, we included only those costs associated with the depositions used in conjunction with the Motions for Summary Judgment.  Please let me know whether you will be objecting to any of the costs.  If so, we will contact the clerk of court to obtain a date/time for the hearing.  If you do not have any objections or we are able to resolve any objections, we can instead file a stipulation.
>
> Contact me with questions.  Thank you.
>
> Very truly,
>
> ***Jennifer E. Schlatter***
> Attorney At Law
> Allen Vellone Wolf Helfrich & Factor P.C.

1600 Stout Street, Suite 1100
Denver, CO  80202

jschlatter@allen-vellone.com
www.allen-vellone.com

(720) 245-2424 | Direct

(303) 534-4499 | Main
(303) 893-8332 | Fax


The contents of this electronic mail (email), including attachments, are confidential and/or privileged and may not be disseminated without permission.  Please notify the sender immediately if this email is received in error.  PLEASE NOTE:  Emails are not a secure method of communication and could be intercepted improperly by an unintended third-party.  Allen Vellone Wolf Helfrich & Factor P.C. is sending an email as a result of your consent.  If you no longer wish for communications to be sent in this manner, please notify Allen Vellone Wolf Helfrich & Factor P.C.  or me immediately.  IRS CIRCULAR 230 DISCLOSURE:  Pursuant to requirements imposed by the Internal Revenue Service, any tax advice contained in this communication, including any attachments, is not intended to be used, and cannot be used, for purposes of avoiding penalties imposed under the United States Internal Revenue Code or promoting, marketing or recommending to another person any tax-related matter.  Contact Allen Vellone Wolf Helfrich & Factor P.C. for formal written advice on this matter.



Stevens-Koenig Reporting

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.
ATTN: Jordan D. Factor, Esq.
1600 Stout Street
Suite 1100
Denver, CO 80202

Invoice Number: 215687
Invoice Date: 02/13/2018

In Re:  Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.
Witness(s): Confidential Deposition of Adrienne Wilson
Attendance Date: 02/01/2018, 10:00am

| Qty | Description | Ext |
|---|---|---|
| | **ORIGINAL AND ONE COPY** | |
| 64 | Original and One Copy of Transcript | 272.00 |
| 1 | Appearance Fee - Half Day | 90.00 |
| 1 | Delivery of Sealed Original | 18.00 |
| 1 | Redacted Transcript of Confidential Deposition | 150.00 |
| 1 | E-Transcript File | 20.00 |
| 1 | Exhibits - OCR Searchable Scans | 0.35 |
| 1 | Copy/Bind/Prep - Certified Exhibit Notebook - Color | 0.55 |
| | Invoice Total: | 550.90 |

PAID 2/19/18
BILLED: 1365.103
ON: 2/19/19

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034

PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.
Email contact: Judy@SKReporting.com

---

**PLEASE DETACH AND RETURN WITH PAYMENT**

Invoice Numbers: 215687     Amount Due: $550.90     Amount Enclosed: $ _____

# INVOICE



www.Verbatim-Madison.com

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17081 | 2/23/2018 | 14194 |
| **Job Date** | **Case No.** | |
| 2/9/2018 | 1-17-CV-01525 | |

| Case Name |
|---|
| Mark Wilson vs. Advisorlaw, LLC, Dochtor Daniel Kennedy, et al. |
| **Payment Terms** |
| Net 30 - 1.5%/month thereafter |

Jordan Factor, Attorney
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

ONE E-TRANSCRIPT OF THE FOLLOWING DEPOSITION:
    Jason Bacher                                                             631.20
        Scanned Exhibits                              71.00 Pages             14.20
                                                     TOTAL DUE  >>>         $645.40

** This invoice reflects expedited charges **

    Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

BILLED: 1305.103
ON: 2/28/18

PAID 2/28/18

Tax ID: 13-4232114

*Please detach bottom portion and return with payment.*

Jordan Factor, Attorney
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

Job No.     : 14194         BU ID      : Verbatim
Case No.    : 1-17-CV-01525
Case Name   : Mark Wilson vs. Advisorlaw, LLC, Dochtor
              Daniel Kennedy, et al.
Invoice No. : 17081         Invoice Date : 2/23/2018
**Total Due** : $ 645.40

Remit To: **Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703**

| PAYMENT WITH CREDIT CARD | AMEX MasterCard VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 17086 | 2/26/2018 | 14194 |
| **Job Date** | **Case No.** | |
| 2/9/2018 | 1-17-CV-01525 | |

**Case Name**

Mark Wilson vs. Advisorlaw, LLC, Dochtor Daniel Kennedy, et al.

**Payment Terms**

Net 30 - 1.5%/month thereafter

**V·E·R·B·A·T·I·M**
REPORTING, LIMITED
www.Verbatim-Madison.com

Jordan Factor, Attorney
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

VIDEO OF THE FOLLOWING:
Jason Bacher - Video
  Synched Video/Trans.                                                                   275.00

                                          TOTAL DUE >>>               $275.00

Thank you.  Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

(-) Payments/Credits:           0.00
(+) Finance Charges/Debits:     0.00
(=) New Balance:              275.00

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Jordan Factor, Attorney
Allen Vellone Wolf Helfrich & Factor P.C.
1600 Stout Street, Suite 1100
Denver, CO  80202

BILLED: Advisorlaw 103
ON: 2/26/18


PAID 3/5/18

Job No.      : 14194            BU ID      : Verbatim
Case No.     : 1-17-CV-01525
Case Name    : Mark Wilson vs. Advisorlaw, LLC, Dochtor
               Daniel Kennedy, et al.
Invoice No.  : 17086            Invoice Date : 2/26/2018
Total Due    : $ 275.00

Remit To:  **Verbatim Reporting, Limited**
           **2 East Mifflin Street, Suite 102**
           **Madison, WI  53703**

| PAYMENT WITH CREDIT CARD | AMEX  MasterCard  VISA |
|---|---|
| Cardholder's Name: | |
| Card Number: | |
| Exp. Date: | Phone#: |
| Billing Address: | |
| Zip: | Card Security Code: |
| Amount to Charge: | |
| Cardholder's Signature: | |
| Email: | |



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.
ATTN: James S. Helfrich, Esq.
1600 Stout Street
Suite 1100
Denver, CO  80202

**Invoice Number:** 215501
**Invoice Date:** 01/29/2018

In Re: Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.
Witness(s): Deposition of Joshua Barber
Attendance Date: 01/12/2018, 10:00am

| Qty | Description | Ext |
|---|---|---|
| | **ONE COPY OF TRANSCRIPT** | |
| 206 | One Copy of Transcript | 515.00 |
| 1 | Delivery of Transcript Copy | 18.00 |
| 1 | Electronic Copy of Transcript | 35.00 |
| 1 | E-Transcript File | 20.00 |
| 9 | Exhibits - B/W Copying and Binding - Hard Copies | 2.25 |
| 9 | Exhibits - OCR Searchable Scans | 3.15 |
| | **Invoice Total:** | 593.40 |

PAID 2/1/18
BILLED: 1308.61 ON: 2/1/18

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034
PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.
Email contact: Judy@SKReporting.com

--------

**PLEASE DETACH AND RETURN WITH PAYMENT**

Invoice Numbers: 215501     Amount Due: $593.40     Amount Enclosed: $ _____



**STEVENS-KOENIG**
REPORTING

700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.
ATTN: James S. Helfrich, Esq.
1600 Stout Street
Suite 1100
Denver, CO  80202

Invoice Number:   215808
Invoice Date:   02/26/2018

In Re:   Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.
Witness(s): Confidential Deposition of Matt Durr
Attendance Date: 02/13/2018, 10:00 a.m.

| Qty | Description | | Ext |
|---|---|---|---|
| | **ONE COPY OF TRANSCRIPT** | BILLED: 1205.03 | |
| 61 | One Copy of Transcript - 4 Day Expedite | ON: 3/5/18 | 213.50 |
| 1 | E-Transcript File | | 20.00 |
| | | Invoice Total: | 233.50 |

PAID 2/28/18

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034

PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.
Email contact: Judy@SKReporting.com

---

**PLEASE DETACH AND RETURN WITH PAYMENT**

Invoice Numbers: 215808    Amount Due: $233.50    Amount Enclosed: $ _____



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.
ATTN: Jordan D. Factor, Esq.
1600 Stout Street
Suite 1100
Denver, CO  80202

Invoice Number:    215339
Invoice Date:    01/10/2018

In Re:   Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.
         Witness(s): Deposition of Dochtor Kennedy, Esq.
         Attendance Date: 12/22/2017, 10:00am

| Qty | Description | Ext |
|---|---|---:|
|  | **ONE COPY OF TRANSCRIPT** |  |
| 238 | One Copy of Transcript | 595.00 |
| 1 | Delivery of Transcript Copy | 18.00 |
| 1 | Electronic Copy of Transcript | 35.00 |
| 1 | Litigation Support Conversion/Exhibit Hyperlinking | 47.50 |
| 1 | E-Transcript File | 20.00 |
| 64 | Exhibits - OCR Searchable Scans | 22.40 |

BILLED: 1365.10
ON: 11/14/18
PAID

Invoice Total:    737.90

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034

PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.
Email contact: Judy@SKReporting.com

-------

**PLEASE DETACH AND RETURN WITH PAYMENT**

Invoice Numbers: 215339    Amount Due: $737.90    Amount Enclosed: $ _____



**STEVENS-KOENIG REPORTING**

700 17th Street, Suite 1750  
Denver, CO 80202  
303-988-8470 (Office)  
303-988-8478 (Fax)  
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.  
ATTN: Jordan D. Factor, Esq.  
1600 Stout Street  
Suite 1100  
Denver, CO  80202

Invoice Number:   215864  
Invoice Date:   03/06/2018

In Re:   Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.  
Witness(s): Confidential Video Deposition of Mark Wilson  
Attendance Date: 02/16/2018, 10:00 a.m.

| Qty | Description | Ext |
|---|---|---|
| | **ORIGINAL AND ONE COPY** | |
| 126 | Original & One Copy of Transcript of Video Deposition | 567.00 |
| 1 | Delivery of Sealed Original | 18.00 |
| 1 | Redacted Transcript of Confidential Deposition | 150.00 |
| 1 | Litigation Support Conversion/Exhibit Hyperlinking | 47.50 |
| 1 | E-Transcript File | 20.00 |
| 204 | Exhibits - OCR Searchable Scans | 71.40 |
| 90 | Copy/Bind/Prep - Certified Exhbit Notebook - B/W | 22.50 |
| 114 | Copy/Bind/Prep - Certified Exhibit Notebook - Color | 62.70 |
| | **VIDEOTAPING SERVICES** | |
| 1 | Set-Up and 1 hour of Videotaping | 290.00 |
| 2.5 | Additional Hours | 237.50 |

Invoice Total:   1486.60

*BILLED: 1365.10?*  
*ON: 3/9/18*  
*PAID 3/9/18*

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034  
PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.  
Email contact: Judy@SKReporting.com



700 17th Street, Suite 1750
Denver, CO 80202
303-988-8470 (Office)
303-988-8478 (Fax)
www.SKReporting.com

# INVOICE

Allen Vellone Wolf Helfrich & Factor P.C.
ATTN: James S. Helfrich, Esq.
1600 Stout Street
Suite 1100
Denver, CO  80202

**Invoice Number:** 215810
**Invoice Date:** 03/03/2018

In Re: Mark Wilson, et al. vs. AdvisorLaw, LLC, et al.
Witness(s): Confidential Deposition of Stacy Santmyer
Attendance Date: 02/14/2018, 10:00 a.m.

| Qty | Description | Ext |
|---|---|---|
|  | **ONE COPY OF TRANSCRIPT** |  |
| 64 | One Copy of Transcript - 3 Day Expedite | 256.00 |
| 1 | E-Transcript File | 20.00 |
|  | **Invoice Total:** | **276.00** |

Thank you for your continued confidence in our services.

We value your business and always appreciate your referrals!

Tax ID: 84-1551034

PAY ONLINE - Go to www.SKReporting.com and select PAYMENT at the bottom of the screen.

Finance charges will be assessed to unpaid invoices 30 days from issue at the rate of 2.5% monthly plus late fee. You are responsible for the payment of all invoiced charges. If it is necessary to take action for collection, you agree to pay all reasonable costs, including court costs, all added interest charges and attorney's fees. A monthly fee will be charged for every re-bill that is issued.
Email contact: Judy@SKReporting.com

---

**PLEASE DETACH AND RETURN WITH PAYMENT**

Invoice Numbers: 215810    Amount Due: $276.00    Amount Enclosed: $ _____

BILLED: 13005·163
ON: 3/5/18

